# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DAVID FINDLING, ASSIGNEE
FOR THE BENEFIT OF CREDITORS
OF E-M MANAGEMENT CO., LLC,

    Plaintiff,

vs.

JOHN STOBERSKI, an individual, a/k/a
Jack Stoberski

    Defendant.
_____/

Case No.: 10-cv-13010
Hon. Patrick J. Duggan
Mag. Mona K. Majzoub

| | |
|---|---|
| DAVID M. FINDLING (P43256) | MARK H. SHAPIRO (P43134) |
| KRISTY L. BIDDINGER, (P71992) | GEOFFREY T. PAVLIC (P53770) |
| The Findling Law Firm, PLC | Steinberg, Shapiro and Clark |
| Co-Counsel for the Assignee & the Estate | Co-Counsel for the Assignee & the Estate |
| 415 S. West St., Ste. 200 | 25925 Telegraph Rd., Ste. 203 |
| Royal Oak, MI 48067 | Southfield, MI 48033 |
| (248) 399-3300 | (248) 352-4700 |

MARK SHREVE (P29149)
Garan Lucow Miller, P.C.
Attorney for Def. John (Jack) Stoberski
1111 W. Long Lake Rd., Ste. 300
Troy, MI 48098-6333
(248) 641-7600
_____/

## STIPULATION FOR DISMISSAL
## WITHOUT PREJUDICE

    This cause having been resolved by the Parties, it is stipulated through their respective counsel that this cause shall be dismissed without prejudice and without costs.

| | |
|---|---|
| s/with consent of Geoffrey T. Pavlic | s/Mark Shreve |
| GEOFFREY T. PAVLIC | MARK SHREVE |
| Steinberg, Shapiro and Clark | Garan Lucow Miller, P.C. |
| 25925 Telegraph Rd., Suite 203 | 1111 W. Long Lake Rd., Ste. 300 |
| Southfield, MI 48033 | Troy, MI 48098-6333 |
| (248) 352-4700 | (248) 641-7600 |
| pavlic@steinbergshapiro.com | mshreve@garanlucow.com |
| (P53770) | (P29149) |

**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

DAVID FINDLING, ASSIGNEE
FOR THE BENEFIT OF CREDITORS
OF E-M MANAGEMENT CO., LLC,

      Plaintiff,                                 Case No.: 10-cv-13010
                                                        Hon. Patrick J. Duggan
vs.                                                        Mag. Mona K. Majzoub

JOHN STOBERSKI, an individual, a/k/a
Jack Stoberski

      Defendant.
_____/

**ORDER FOR DISMISSAL
WITHOUT PREJUDICE**

In accordance with a stipulation to that effect;

**IT IS HEREBY ORDERED THAT** the above cause is dismissed without prejudice and without costs.

**IT IS FURTHER ORDERED** that this Order is dispositive of all claims presented by the Plaintiff and is the final Order in this matter.

                                      S/Patrick J. Duggan
                                      Patrick J. Duggan
                                      United States District Judge

Dated: September 24, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 24, 2010, by electronic and/or ordinary mail.

                                      S/Marilyn Orem
                                      Case Manager